# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:15-CR-00222(1)-AM |
| | § | |
| (1) EMILY ANN FLORES | § | |

## ORDER RESETTING SENTENCING

      IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Thursday, July 14, 2016 at 02:00 PM**.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 16th day of May, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE