

# Denial of Federal Benefits Program for Drug Offenders Program

**U.S. Department of Justice**
Office of Justice Programs
*Bureau of Justice Assistance*
*Washington, D.C. 20531*

FILED
AUG 09 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| 1. Last, First and Middle Name | 2. Sex | 3. Sentencing Date (mm/dd/yyyy) |
|---|---|---|
| Flores, Emily Ann | F | 07/14/2016 |

| 4. Other Names Used (AKA) |
|---|
|  |

| 5. Street Address |
|---|
| Court Requests - No Data |

| 6. City | 7. State | 8. Zip Code |
|---|---|---|
| Court Requests - No Data | Court Requests - No Data | Court Requests - No Data |

| 9. Date(s) of Birth (mm/dd/yyyy) | 10. Social Security Number(s) | 11. Case/Docket Number |
|---|---|---|
| Court Requests - No Data | Court Requests - No Data | 2:15-CR-00222-01 |

| 12. Offense | 13. Sentence By Court |
|---|---|
| Trafficking | a) Statutory Criteria<br><br>First Offense<br>Trafficking<br><br>b) Other Conditions/Additional Information |
| 14. Name of Sentencing Judge | |
| Honorable Alia Moses | |
| 15. Duration of Denial (mm/dd/yyyy)<br>a. Starting Date: 07/14/2016<br>b. Ending Date: 07/14/2021 | |
| 16. Benefits Denied | |
| All | |
| 17. Prior Offense | |

| 18. Rescissions |
|---|
|  |

| 19. Name and Title of Authorized Court Official |
|---|
| Ms. Jeanette Clack |

| 20. Court Name | 21. Phone | 22. Fax |
|---|---|---|
| Western District of Texas - Del Rio | (830) 703-2054 | N/A |

| 23. Street Address |
|---|
| 111 East Broadway Street, Room 100 |

| 24. City | 25. State | 26. Zip Code |
|---|---|---|
| Del Rio | TX | 78840-5573 |