| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C. ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>C. Thomas |
| 1. Article Addressed to:<br><br>Emily Ann Flores #49291380<br>Federal Prison Camp- Bryan<br>PO Box 2[...]<br>Bryan, TX [...]805<br><br>DR-15-CR-222(1) Doc#152 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FILED<br>FEB 15 2017<br>CLERK, U.S. DISTRICT CLERK<br>WESTERN DISTRICT OF TEXAS<br>BY_____ DEPUTY<br><br>3. Service Type<br>☑ Certified Mail ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 2120 0000 6998 0120 |
| PS Form 3811, July 2013 | Domestic Return Receipt |